*Please Time Stamp and Return*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

Western Division

Anthony Madaris

Plaintiff(s)

(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Officer Jonce Tackett

Defendant(s)

(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case No. **1:26CV264**

(to be filled in by the Clerk's Office)

JUDGE DLOTT

MAGISTRATE JUDGE DEAVERS

FILED
RICHARD W. NAGEL
CLERK OF COURT
U.S. DISTRICT COURT
SOUTHERN DISTRICT
OF OHIO-CINCINNATI
MAR 13 2026 12:06 A

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name _Anthony D. Madaris_

All other names by which
you have been known: _Buddah_

ID Number _A 846~841_

Current Institution _London Correctional Institution (LOCI)_

Address _P.O. Box 69  1580 St. Rt. 56 SW_

_London_          _ON_          _43140_
City              State         Zip Code

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name _Officer Jonce Tackett_

Job or Title (if known) _Narcotics Officer/Narcotics Unit Hamilton Cnty. Ohio_

Shield Number _pol 5j_

Employer _Police office, Government office_

Address _801 Linn St._

_Cincinnati_          _ON_          _45203_
City              State         Zip Code

[X] Individual capacity   [X] Official capacity

Defendant No. 2

Name _N/A_

Job or Title (if known)

Shield Number

Employer

Address

City              State         Zip Code

[ ] Individual capacity   [ ] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

Name _____ N/A _____

Job or Title *(if known)* _____

Shield Number _____

Employer _____

Address _____

_____

| City | State | Zip Code |

☐ Individual capacity ☐ Official capacity

Defendant No. 4

Name _____ N/A _____

Job or Title *(if known)* _____

Shield Number _____

Employer _____

Address _____

_____

| City | State | Zip Code |

☐ Individual capacity ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Deprivation of Mr. Madaris' Procedural due process rights, 5th & 14th Amend. rights

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?    N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

See attached explanation

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☒ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)*

## IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

See Attached

Due Process violation occurred on Oct. 3, 2021 in Hamilton Conty during investigation and at trial

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.    What date and approximate time did the events giving rise to your claim(s) occur?

*Oct 3, 2021, during the claim of buy mad at trial, no criminal informant*

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

*The Criminal Informant (CI) was not named. The claim is an exchange that Officer Tackett was to have witnessed said "exchange"*

## V.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

*N/A*

## VI.  Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

*Sanctions against Officer Tackett that are appropriate to the crime, which could include: suspension, retraining, extended supervision by superiors, and/or if the severity of his actions warrant — termination from employment as recomended by this court and the recovery of any and all legal fees, and punative damages due to the mental anguish in the amount of $500,000 USD*

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes

☒ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____ N/A _____

B.  Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.  Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☒ No

☐ Do not know

If yes, which claim(s)?

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☒ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☒ No

E.   If you did file a grievance:

1.   Where did you file the grievance?

_____N/A_____

2.   What did you claim in your grievance?

_____N/A_____

3.   What was the result, if any?

_____N/A_____

4.   What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

_____N/A_____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.   If you did not file a grievance:

1.   If there are any reasons why you did not file a grievance, state them here:

The matter is related to being incarcerated at LOCI

2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

N|A

G.   Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

N/A

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

  ☐ Yes

  ☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

  1. Parties to the previous lawsuit

   Plaintiff(s)    N/A

   Defendant(s)    N/A

  2. Court *(if federal court, name the district; if state court, name the county and State)*

   N/A

  3. Docket or index number

   N/A

  4. Name of Judge assigned to your case

   N/A

  5. Approximate date of filing lawsuit

   N/A

  6. Is the case still pending?

   ☐ Yes

   ☒ No

   If no, give the approximate date of disposition.   N/A

  7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   N/A

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?   N/A

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes

☒ No

D.   If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s) _____ N/A _____

Defendant(s) _____ N/A _____

2.   Court *(if federal court, name the district; if state court, name the county and State)*

_____ N/A _____

3.   Docket or index number

_____ N/A _____

4.   Name of Judge assigned to your case

_____ N/A _____

5.   Approximate date of filing lawsuit

_____ N/A _____

6.   Is the case still pending?

☐ Yes

☒ No

If no, give the approximate date of disposition _____ N/A _____

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____ N/A _____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 3/2/2026

Signature of Plaintiff _Anthony Madaris_

Printed Name of Plaintiff _Anthony Madaris_

Prison Identification # _A846-841_

Prison Address _LOCI P.O. Box 69_

_London_ _Ohio_ _43140_
City      State      Zip Code

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

Address _____

_____
City      State      Zip Code

Telephone Number _____

E-mail Address _____

Page 3 of 11

## II. Basis for Jurisdiction

Under 42 U. S. C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U. S. 388 (1971)*, you may sue federal officials for the violations of certain constitutional rights.

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal law].' 42 U. S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Answer:

What Mr. Madaris is claiming, is that officer Jonce Tackett (Officer Tackett), deprived Mr. Madaris of his procedural due process rights pursuant to the 14th Amendment to this United States Constitution. As it will be fully explained, this violation would have resulted in a different outcome if the facts of the case had been fully disclosed and provided to the jury for their consideration. In the event that this Officer suppressed evidence that is material and relevant to the case at bar, see B2201100, and direct appeal case no. c2500396. The assertion made is that the officer suppressed evidence of alleged buys by a criminal informant (CI), and that there was never presented any evidence of this CI, and or any "controlled buys". This was also evidence that was to have been provided to the judge who signed off on the alleged valid warrant to search the property at 5637 Alvina, in the city of Cincinnati. This was key evidence that if was disclosed, there was a preponderance of a different outcome, as there was no such "drug activity" witnessed at this residence. It was also never established that Mr. Madaris was a resident there, only that his mere presence at the address at the time of the search resulted in his being detained. Mere presence does not incriminate anyone. For a trial to be fully fair, there can be no denial of an accused due process rights. Also, the fact the officer never presented to the prosecutor, not the defense counsel, any evidence of any controlled buys, give rise to the lack of credibility in the testimony proffered by the officer. With the lack of confidence in this testimony, it would undermine the whole of the case the prosecutor brought against Mr. Madaris.

D. Section 1983 allows defendants to be found liable only when they have acted "under the color of any statute, ordinance, regulation, custom, or usage of any State or Territory of the District of Columbia." 42 U. S. C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or federal law. If you are suing under *Bivens,* explain how each defendant acted under color of federal law. Attach additional pages if needed.

Answer:

In this case at bar officer, Jonce Tackett, testified that there were several "controlled buys" by his unnamed CI. His testimony on this spoke of there being certain step and procedure that are to be followed in order for the "evidence" being collected for the possibility for use in any criminal litigation, to be credible. Some examples listed were; the recording of the serial numbers of the bills used to make the buy, the taping of the controlled buys, the use of face time as the recording platform, the location and time of the buys being recorded, etc… in order to have obtained the search warrant, it was made aware to the jury that certain things had to be presented in order to show the preponderance of the evidence presented that was enough to obtain the search warrant. The prosecutor at trial stated that there was no such evidence provided to them and or the court trial of this evidence that was to have been presented to the judge who signed the search warrant. It was to be assumed by all in the court room that the officer was "telli8ng the truth", and absent the evidence, his testimony and word were all that was offered.

This was a question brought up about why there was no evidence presented at trial, to wit, it was dismissed as there was no actual "charge" made for the alleged "controlled buys". Absent this evidence, there is great concern that anyone making an accusation without some form of actual proof can obtain the wrongful conviction of a person. In the case at bar, that it exactly what this Plaintiff asserts here. If one compares this to the physical fact rule adopted by the Ohio Supreme Court, there was more than reasonable doubt about the conviction resting on false and misleading testimony proffered by this officer. See *City of Moraine v. Green, 2021-Ohio-869, at *P13-15.* Which reads in pertinent part:

[*P13] The physical fact rule states that 'testimony of a witness which is opposed to the laws of nature, or which is clearly in conflict with the principles established by the

laws of science, is of no probative value.' *McDonald v. Ford Motor Co.,* 42 Ohio St. 2d 8, 12, 326 N. E. 2d 252 (1975). Consequently, a trier of fact is not permitted to rest its verdict on that testimony. *Id;* see *Bedard v. Garner,* 2d Dist. Montgomery No. 20430, 2005-Ohio-4196, ¶ 33.

[*P014] For the physical fact rule to apply, the palpable untruthfulness of the witness testimony must be "(1) inherent in the rejected testimony, so that it contradicts itself or (2) irreconcilable with facts of which, under recognized rules, the court takes judicial knowledge or (3) is obviously inconsistent with, contradicted by, undisputed physical facts." *McDonald* at 12-13, quoting *Dulling v. Burnett,* 22 Tenn. App. 522, 124 S. W. 2d 294 (1938). The issue is generally whether circumstantial evidence of physical facts is so conclusive as to wholly rebut oral testimony presenting a different version. *Id.* at 14.

The officer malicious suppression of evidence that would have put the case in a different light, is the antitheist of an unfair proceeding and wrongful conviction. Furthermore, the fact the prosecutor stated at the trial level there was no evidence provided to them of any controlled buys, the name of the CI, the recorded serial numbers for the alleged bills used in the buy, makes all the testimony offered suspect and further erodes the credibility of this officer, Jonce Tackett.

The foundation of this, our judicial system, is based on fairness and the ability of the accused to form an affirmative defense of self. If it is allowed for the police and prosecution to suppress and withhold evince to mislead a jury, there can be no confidence in any conviction obtained. The fact there are policy and procedures to be followed by any state employees and officer of the court, is to ensure that the evidence "collected" is accurate and credible. In the case at bar, there is no evidence, there can be nothi9ng considered credibly from the stand point of testimony. What was being said to the public and jeopardizes the whole of the judicial system, is that one's mere testimony has more weight than actual physical evidence, that for decades has been the benchmark of proving ones guilty, or proving their innocence. Officer Tackett acted recklessly in his individual capacity and official capacity to withhold this "evidence" from consideration. His actions violated Mr. Madaris' due process rights, and in turn, makes this a constitutional issue.

Page 4 of 11

## IV. Statement of the Claim

Sate as briefly as possible that facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events, you may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases, statutes. If more than one claim asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  If the events giving rise to your claim arose outside an institution, describe where and when they arose.

Answer:

At the trial, officer Tackett was questioned by the prosecution and defense counsel about how it came about to "investigate" Mr. Madaris, and why there was the need to set up "controlled buys" made by an unmade CI, and then to obtain a search warrant from a judge of a property that Mr. Madaris was to have been "staying" at. The initial date of October 3, 2021, there was to have taken place a controlled buy. There was NO EVIDENCE of this offered by Officer Tackett to prove this took place. There was no FaceTime recording presented, there was no recorded serial numbered bills presented that the CI was to have allegedly used, there was no name provided of the alleged CI, there was just NOTHING of a physical fact to prove the "controlled buy". The only thing proffered was the testimony from Officer Tackett. He testified to many things, most of which he had no firsthand knowledge of, and most of which there was no corroborating witness to support his assertions made. See Exhibit _A_ TT Page 139 lines 13-23. Many times during the trial, Officer Tackett spoke as if he had first-hand knowledge, only to be clarified that it was "another officer" that has seen or interacted with Mr. Madaris.

At one point, Officer Tackett was questioned as to his whereabouts during the execution of the search warrant, he replied he was outside the down the street, see Exhibit _A & B_ TT, page 139-140 lines 24 and 1-7. There was a question about a storage locker that was searched. It was testified to by Officer Tackett there was NOTHING as far as narcotics evidence found there either.

Moreover, there was the admission by the Officer Tackett, that there was no actual testing of the "evidence" gathered for any DNA (touch or otherwise) done to the packaging of the evidence that was to have contained any drug recovered. This was the evidence that was removed from the property, 5637 Alvina, in the city of Cincinnati. It was to have been fentanyl and isotonitazene. The transcripts show that swabs for DNA were taken, but there was no actual report provided that showed whose DNA if any, was on the packaging. To place Mr. Madaris in possession of the bags, there would need to have been some DNA testing done to show definitive proof of this. There was none. In a house where there were three (3) persons staying at this residence. Mr. Madaris was not on the lease, they were. He was just there for whatever reason, none needed, as the one female had a prior relationship with Mr. Madaris. The female was also the one who wrote the statement that Mr. Madaris did not live there. Her name is Rakeda Johnson. All of this is crucial evidence that was not provided for the defense of Mr. Madaris and was suppressed by the Officer Tackett in violation of Mr. Madaris's procedural due process pursuant to the United States Constitution Amendment 14th.

Page 5 of 11

## VI. Relief

The relief this Plaintiff is seeking is to have this Court not only favor of the fact that Officer Jonce Tackett deprived Mr. Madaris of his procedural due [process rights, in violation of the U. S. Const. Amend. 14, but to have this published opinion available to be used by Mr. Madaris in future litigation that would prove to exonerate Mr. Madaris. This decision also would serve to compensate Mr. Madaris with the amount recovered of $500,000 USD, to wit, this is for the amount of time Mr. Madaris has been wrongfully incarcerated, wrongfully prosecuted for crime(s) to wit, he did not commit, and to restore his good name and standing in the community. It would also serve to assist Mr. Madaris in rebuilding his life as he has a child that depends on his for financial support, and the fact there are far too many children in the U. S. who are fatherless for incarceration and other events that deprive children of a "complete" family setting needed for stable upbringing and development. To take a father from his child for crime(s) he did not commit is in this Plaintiff's opinion, just as bad of a crime as those accused of Mr. Madaris. This Plaintiff wishes to be clear, a favorable ruling by this Court will go to the successful litigation to clear his name and prove monetary compensation for the crime(s) committed against him.