THE COURT: Sustained. Jury will disregard the last answer.

BY MS. GLASER:

Q. You don't have any evidence as you sit here today that he conducted any drug sales from 5637 Alvina Avenue?

A. I guess the text messages saying that he was about to leave the residence to go serve somebody on Dale, around the corner, but as far as, I have no evidence of that.

Q. You don't have any -- for example, you said that you have photos and videos of him coming out of the Alvina Avenue address, is what you told the State, correct?

A. Correct.

Q. Okay.

You don't have any of those photos or videos here today?

A. No.

Q. You don't have any photos or videos of him making a drug transaction to anyone actually coming to the apartment?

A. No.

Q. During the Search Warrant, was it your testimony that you were operating kind of

on the perimeter?

A. That's correct.

Q. Can you give me an idea of where exactly you were, if you remember?

A. From the outskirts, I believe I was at the top of the street, going downhill behind the Entry Team.

Q. And before the execution of the Search Warrant, had your already confirmed that Rakeia Johnson lived there with her brother and her sister?

A. I knew Rakeia Johnson was residing there, yes. I didn't -- I wasn't aware if the brother or the sister.

Q. From where you were positioned outside of the apartment, were you able to physically see Robert Johnson and Rakeia come out?

A. No, I was not -- I was on the outskirts, as I previously stated, just so I didn't get mixed up with the Entry Team and uniforms.

Q. Did you interact at all with Robert Johnson when he came out of the apartment that night?